UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN


United States of America,

                    Plaintiff(s),

v.                                              Case No. 2:11–cr–20183–DML–PJK
                                                Hon. David M. Lawson

Jacinda Jones,

                    Defendant(s).

_____


## NOTICE TO APPEAR

The following defendant(s) are hereby notified to appear:  **Jacinda Jones**

The defendant(s) shall appear before the Honorable David M. Lawson at the United States District Court, Theodore Levin U.S. Courthouse, 231 West Lafayette Boulevard, Detroit, Michigan, for the following proceeding(s):

- PLEA HEARING:  4/20/11 at 11:00 AM


## Certification

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record by electronic means or first class U.S. mail.

                              By: s/ D Tofil_____
                                  Case Manager


Dated:   April 12, 2011